

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00598-CV

Arturo **CARRILLO**,
Appellant

v.

**HOUSING AUTHORITY OF THE CITY OF SAN ANTONIO, TEXAS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2016CV03830
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:       Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  January 11, 2017

APPEAL DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on November 28, 2016.  On November 28, 2016, appellant informed this court that he would file a motion for an extension of time in which to file his brief. Neither the brief nor a motion for extension of time was filed; therefore, on December 9, 2016, this court issued an order ordering appellant to file his appellant's brief or a motion for extension of time in which to file the brief on or before December 22, 2016.  Our order cautioned appellant that if he failed to file a brief or the motion by December 22, 2016, we would dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a); *see also* Tex. R. App. P. 42.3(c) (allowing

involuntary dismissal if appellant has failed to comply with a court order).  Neither a motion requesting an extension of time nor a brief have been filed.

Accordingly, this appeal is dismissed for want of prosecution.

PER CURIAM